IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM S. RITTER, JR.**<br><br>　　　　Petitioner<br><br>v.<br><br>**JOHN TUTTLE,** *et al.*<br><br>　　　　Respondents | CIVIL ACTION<br>NO. 15-02140 |

# ORDER

AND NOW, this 22nd day of June, 2015, upon consideration of William S. Ritter Jr.'s Petition for Writ of Habeas Corpus (Doc. No. 1) and the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. No. 4), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court shall **TRANSFER** the Petition to the United States District Court for the Middle District of Pennsylvania;

3. There is no probable cause to issue a certificate of appealability.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.